UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| WELLS FARGO BANK, | ) | |
|---|---|---|
| NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV505 CDP |
| | ) | |
| MICHAEL H. KOMADINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court previously entered a partial order of default and default judgment against party defendant Michael H. Komadina. As to the other defendant, **Transportador Grande LLC**, the Clerk entered default on **May 11, 2007** but plaintiff has not filed for default judgment to close the case. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2007.